IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY KUNIEL BECKTON**                                                  **PLAINTIFF**

**V.**                 **4:19-CV-00475 BRW/BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**[1]                                     **DEFENDANT**

## **JUDGMENT**

Based on the Order entered today, this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 12th day of March, 2020.

                                        Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.